**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No.  05-00300-CG |
| | * | |
| **JAMES EDWARD HANLON** | * | |
| | * | |

**FINAL JUDGMENT OF FORFEITURE**

This cause is before the Court on the United States Motion for Final Judgment of Forfeiture, pursuant to the Preliminary Order of Forfeiture entered by the Court on December 19, 2006.

WHEREAS, the United States caused to be published in the *Press Register*, *The Baldwin Times* and *The Progressive Era*, notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their interest in the items; and,

WHEREAS a Stipulation to Recognize the Claim of Wachovia was approved by the Court on August 24, 2007; and,

WHEREAS no other third-parties have come forward to assert an interest in the property in the time required under Title 21 United States Code, Section 853(n)(2).

NOW, THEREFORE, the Court having considered the matter and been fully advised in the premises, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that, pursuant to Title 21, United States Code, Section 853, the following is forfeited to the United States of America:

a. 7 acres, more or less, located in Wilcox County, Alabama, more particularly described as:

"Description of Parcel No. 2, Lambert Estate, house tract" per survey dated October 11, 1960, by James C. Crisman, Ala. Reg. Land Surveyor No. 1201, Selma, Alabama, described as follows:

Commence at a stone corner at the northeast corner of the SE1/4 of NE1/4 of Section 26, T-12-N, R-9-E, Wilcox County, Alabama, thence run South zero degrees 24 minutes East along the East line of said Section 26 for 924 feet to an iron pin at the point of beginning of the land herein described.  Thence from said point of beginning run South 88 degrees 41 minutes West for 101 feet to an iron pin; thence run South 1 degree 09 minutes East for a distance of 959.2 feet to an iron pin; thence run North 85 degrees 41 minutes East for 376.5 feet to an iron pin on the western margin of Wilcox County Road No. F.A.S. 411; thence run in a northerly direction along the western margin of said roan on a 2 degree curve to the left for 944.6 feet to an iron pin; thence run South 88 degrees 41 minutes West for 268.7 feet to the point of beginning. The above described parcel containing 8.6 acres, more or less, and lying and being partly in the southeast corner of the SE1/4 of the NE1/4 of Section 26, containing 0.95 acre; and partly in the northeast corner of the NE1/4 of the SE1/4 of Section 26, containing 1.07 acres; and partly in the southwest corner of the SW1/4 of the NW1/4 of Section 25, containing 3.03 acres; and partly in the northwest corner of the NW1/4 of the SW1/4 of Section 25 containing 3.55 acres, all in T-12-N, R-9-E, Wilcox County, Alabama, and described as Parcel II in that certain Warranty Deed dated October 20, 1960, and recorded in Deed Book 5-L, at page 330, in the Office of the Judge of Probate, Wilcox County, Alabama.

**LESS AND EXCEPT**: Approximately 1.2 acres on the South end of the above described 8.6 acre parcel, more particularly described as follows: Beginning at an iron pin on the western margin of Wilcox county Road F.A.S. 411 (now called Wilcox County Road No. 51), said point of beginning being the Southeast corner of the above described 8.6 acres; thence run South 85 degrees 41 minutes West for 376.5 feet to an iron pin; thence run North 1 degree 09 minutes West for a distance of 135.0 feet; thence run North 85 degrees 41 minutes East to the western margin of Wilcox County Road No. F.A.S. 411 (now called Wilcox County Road No. 51); thence run in a southerly direction along wester margin of said road to the point of beginning.

b.  The residence and real property located at 622 Boykin Court North, Gulf Shores, Alabama 36542, which property is more particularly described as follows:

>Lot 8, Block F, Boykin Court North, according to the plat thereof recorded in Map Book 4, Page 33, in the Office of the Judge of Probate, Baldwin County, Alabama.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that, according to the Stipulation to Recognize the Claim executed by the United States and Richard Sutton, the United States Marshals Service shall pay Richard Sutton the following:

A.  All unpaid principal in the amount of $72,802.96, plus costs incurred in the amount of $341.34, for a total of $73,144.30, due to the Petitioner.

B.  All unpaid interest at the contractual rate (not the default rate) under the Mortgage instrument, which is $1,747.43, as of June 30, 2007, with a per diem rate of 5.25% or $9.61 from June 30, 2007, until date of payment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest to the above-described properties are hereby condemned, forfeited, and vested in the United States of America and shall be disposed of according to law; and

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and,

**IT IS FURTHER ORDERED** that the Clerk of the Court shall forward five (5) certified copies of this Order to Assistant United States Attorney Gloria A. Bedwell.

**DONE and ORDERED** this 28th day of January, 2008.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE